# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Case No. 3:18-cr-00623-S *SEALED* |
| | § § | |
| SCOTT SCHUSTER (2) | § | |

### ENTRY OF APPEARANCE OF COUNSEL

I wish to enter my appearance as **retained** counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the named defendant(s) in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist him with any appeal which he desires to perfect, and to represent him on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

DATED: 18 day of December, 2018



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 18 2018
CLERK, U.S. DISTRICT COURT
By _____
Deputy

_____
Signature of Attorney

Brett Rector
Attorney Name (Please Print)

24098311
Attorney Bar Number

1722 Routh St., Ste 1500
Street Address

Dallas TX 75201
City, State, Zip

brett.rector@tklaw.com
E-mail Address

214-969-1759
Telephone Number (including area code)

214-999-9105
Fax Number