# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

HON. **IRMA CARRILLO RAMIREZ**, Presiding
DEPUTY CLERK **Marie Castañeda**
LAW CLERK _____
INTERPRETER _____
A.M. _____ P.M. 2:00

COURT REPORTER/TAPE **FTR**
USPO _____
COURT TIME: **1 MIN.**
DATE: **December 18, 2018**

---

CR. No. **3:18-cr-623-S**   DEFT No. **(02)**

UNITED STATES OF AMERICA §
§
v. §
§
SCOTT SCHUSTER
Defendant's Name

**DOUG BRASHER**, AUSA

**BRETT RECTOR** (R)
Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F)

## ARRAIGNMENT

- [X] Defendant SWORN.
- [X] **arr.** Arraignment   [ ] **rearr.** Rearraignment - Held on count(s) **1-5** of the **5** count(s) [X] Indictment [ ] Information [ ] Superseding Indictment [ ] Superseding Information.
- [ ] New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
- [X] **pl.** Deft enters a plea of   [X] **ngpl.** (not guilty)   [ ] **gpl.** (guilty)   [ ] **nolopl.** (nolo)
- [ ] Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
- [ ] Waiver of Jury Trial
- [ ] **wvindi.** Waiver of Indictment, filed.
- [ ] Plea Agreement accepted.   [ ] Court defers acceptance of Plea Agreement.
- [ ] **plag.** Plea Agreement filed (see agreement for details).   [ ] No Plea Agreement.
- [ ] Plea Agreement included with Factual Resume.
- [ ] **facres.** Factual Resume filed.
- [ ] **sen.** Sentencing set _____ at _____ a.m./p.m.
- [X] **jytrl.** Trial set for **TBA** at _____ a.m./p.m.
  Pretrial motions due: _____. Discovery motions/Government Responses due: _____.
- [ ] Order for PSI, Disclosure Date and Setting Sentencing entered.
- [ ] **wvpsi.** PSI waiver filed. [ ] PSI due: _____. [ ] Presentence Referral Form to: _____.
- [ ] **o.(bnd.)** Defts bond [ ] set [ ] reduced to $ _____ [ ] Cash [ ] Surety [ ] 10% [ ] PR
- [ ] **owarr.** Deft failed to appear, bench warrant to issue.
- [X] Bond [X] continued [ ] forfeited
- [ ] Deft Custody/Detention continued.
- [ ] **loc.(LC)** Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 18 2018
CLERK, U.S. DISTRICT COURT
By _____ Deputy