IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | |
| v. | § | NO. 3:18-CR-00623-S |
| | § | |
| SCOTT SCHUSTER (02) | § | |
| Defendant | § | |

## NOTICE OF APPEARANCE AS COUNSEL

TO THE HONORABLE COURT:

Now come Richard B. Roper of Thompson & Knight LLP, and hereby enter a Notice of Appearance as retained counsel for Defendant Scott Schuster in the above-entitled and numbered cause. Mr. Roper is an attorney licensed to practice law in the State of Texas and is currently admitted to practice in this court.

Respectfully submitted,

/s/ Richard B. Roper
Richard B. Roper
State Bar No. 17233700
Richard.Roper@tklaw.com
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1210
(214) 880.3357 (Facsimile)

**ATTORNEYS FOR SCOTT SCHUSTER**

1

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Notice of Appearance has been filed electronically, on this the 19th day of December, 2018 and a copy sent to the United States Attorney's Office through the court's electronic filing system.

                                                       /s/ Richard B. Roper
                                                       Richard B. Roper

520895.000002 21683336.1